IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KIEWIT INFRASTRUCTURE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-cv-00581-JPG-DGW |
| | ) | |
| Madison County Flood Prevention District *et al*., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | **Consolidated with**: |
| | ) | |
| SOUTHWESTERN ILLINOIS FLOOD PREVENTION DISTRICT COUNCIL, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-cv-00680-JPG-DGW |
| | ) | |
| KIEWIT INFRASTRUCTURE CO., | ) | |
| | ) | |
| Defendant/Counter Claimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SOUTHWESTERN ILLINOIS FLOOD PREVENTION DISTRICT COUNCIL, | ) ) | |
| | ) | |
| Counter Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Southwestern Illinois Flood Prevention District Council's (hereafter "Southwestern") Motion (Doc. 13, 15-cv-00680) to Consolidate; Plaintiff Kiewit Infrastructure Co.'s Motion (Doc. 13, 15-cv-00581) to Consolidate; and Defendants Madison County Flood Prevention District, Monroe County Flood Prevention District, St. Clair County Flood Prevention District, and Southwestern's Motion (Doc. 19, 15-cv-

00581) to Dismiss or Consolidate.  All motions and responses were timely filed.

Pursuant to Federal Rule of Civil Procedure 42(a) the Court has discretion to consolidate actions that involve a common question of law or fact.  *Star Ins. Co. v. Risk Marketing Group Inc.*, 561 F.3d 656, 660 (7th Cir. 2099).  *Southwester v. Kiewit,* (Case Number 15-cv-00680-JPG-DGW) and *Kiewit v. Madison County Flood, et al.,* (Case Number 15-cv-00581-JPG-DGW) both involve common questions of law and fact, namely, issues regarding the contract entered into by the parties on September 23, 2014 with regard to a project referred to as the Levee Certification Design Project.

Therefore, the Court **GRANTS** Plaintiff Southwestern Illinois Flood Prevention District Council's (hereafter "Southwestern") Motion (Doc. 13, 15-cv-00680) to Consolidate; Plaintiff Kiewit Infrastructure Co.'s Motion (Doc. 13, 15-cv-00581) to Consolidate; and that portion of Defendants Madison County Flood Prevention District, Monroe County Flood Prevention District, St. Clair County Flood Prevention District, and Southwestern's Motion (Doc. 19, 15-cv-00581) to Dismiss or Consolidate with regard to consolidation.  That portion of Southwestern's Motion (Doc. 19, 15-cv-00581) to Dismiss or Consolidate with regard to dismissal pursuant to Federal Rules of Civil Procedure 13(a) is **DENIED** without prejudice.

Accordingly, for the purposes of discovery and trial, the Court hereby **C**ONSOLIDATES *Southwester v. Kiewit,* (Case Number 15-cv-00680-JPG-DGW) and *Kiewit v. Madison County Flood, et al.,* (Case Number 15-cv-00581-JPG-DGW).  All future filing shall bear the consolidated caption used in this order and shall be filed **ONLY** in *Kiewit v. Madison County Flood,* et al.,, (Case Number 15-cv-00581-JPG-DGW).   The Court will strike any filings in Case Number 15-cv-00680-JPG-DGW subsequent to this order.

   The Clerk of Court is **DIRECTED** to **CONSOLIDATE** these cases and to file a copy of this Order in both cases.

**IT IS SO ORDERED.**

**DATED:**  8/18/2015

                 *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**